

66 Willow Avenue Suite 1A Hoboken, New Jersey 07030
Tel:   (201) 687-9977 Facsimile: (201) 595-0308 Toll: (866) 216-5186
New Jersey

June 4, 2013

**VIA CM/ECF**
Magistrate Judge Steven C. Mannion
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *KOUKOULARIS v. DELTA BUILDING SERVICES CORPORATION AND DAVID KORN, individually.*
*Case No. : 2:12-cv-07514-WHW-SCM*

Dear Honorable Magistrate Judge Mannion:

We are the attorneys for plaintiff in connection with the above referenced matter. We write on behalf of Aida Koukoularis ("Plaintiff") and defendants DELTA BUILDING SERVICES CORPORATION AND DAVID KORN, individually. ("Defendants"). This letter is submitted with the consent of defendants.

The parties have conferred regarding this matter and agreed, subject to this your Honor's approval, to extend Defendants DELTA BUILDING SERVICES CORPORATION AND DAVID KORN, individually., time to answer or move with respect to Plaintiff's amended complaint, for two weeks, to or on or before June 27, 2013. The reason for same is that the parties are engaged in settlement negotiations.

There has been no other request for an extension of time in this matter.

Respectfully,

s/ Andrew I. Glenn
Andrew I. Glenn
E-mail: AGlenn@JaffeGlenn.com
New Jersey Bar No.: 026491992
Jodi J. Jaffe
E-mail: JJaffe@JaffeGlenn.com
New Jersey Bar No.: 022351993
JAFFE GLENN LAW GROUP, P.A.
66 Willow Avenue
Suite 1A
Hoboken, New Jersey 07030
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiff

cc:

Zachary Levison
Vice President
Delta Building Services
43 Chestnut Street
Rutherford, NJ 07070
zlevison@deltabuildingservices.com
*Service via CM/ECF and Email*

David korn
43 Chestnut Street
Rutherfor, NJ 07070
*Individually Defendant*
*Service via Certified U.S Mail*