IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIDA KOUKOULARIS,<br><br>Plaintiff,<br><br>v.<br><br>DELTA BUILDING SERVICES CORPORATION, and DAVID KORN, individually,<br><br>Defendants. | Case No.: 2:12-cv-07514-WHW-SCM |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated by and between counsel that this action is settled; plaintiff has received full compensation of his wages, as well as an equal amount in liquidated damages. Furthermore, the parties stipulate that the plaintiff's attorney's fees and costs were negotiated separately. Therefore, it is respectfully requested that this matter be ordered by the Court as Dismissed with prejudice.

Dated: June 26, 2013                                                  Respectfully submitted,

s/ Andrew I. Glenn                                                       s/ Ian W. Siminoff
Andrew I. Glenn, Esq.                                                 Ian W. Siminoff
E-mail: AGlenn@JaffeGlenn.com                           E-mail: ISiminoff@foxrothschild.com
New Jersey Bar No.: 026491992                             75 Eisenhower Parkway, Suite 200
Jodi J. Jaffe                                                                  Roseland, NJ 0706
E-mail: JJaffe@JaffeGlenn.com                              Telephone: (973) 992-4800
New Jersey Bar No.: 022351993                             Facsimile: (973) 992-9125
JAFFE GLENN LAW GROUP, P.A.                      Counsel for Defendants
66 Willow Avenue Suite 1A
Hoboken, New Jersey 07030
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Counsels for Plaintiff

SO ORDERED: _____  9/20/13
Hon. William H. Walls, U.S.D.J.

1